IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GUY CHRISTOPHER MANNINO                                                             PETITIONER
*REG #21960-075*

V.                                CASE NO. 2:22-cv-00155-JM-JTK

C. Edge, Acting Warden                                                                RESPONDENT
FCI – Forrest City, AR[1]

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the Petitioner's motion for stay which the Court deems a timely objection, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. The motion for stay is denied. *See United States v. Chappel*, 208 F.3d 1069, 1069-70 (8th Cir. 2000) (per curiam). Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this 30th day of August, 2023.

_____
James M. Moody Jr.
United States District Judge

---

[1] Because Mannino is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "C. Edge, Acting Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").