**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

GUY CHRISTOPHER MANNINO                                                 PETITIONER
*REG #21960-075*

V.                                          CASE NO. 2:22-cv-00155-JM-JTK

C. Edge, Acting Warden                                                 RESPONDENT
FCI – Forrest City, AR[1]

## JUDGMENT

    Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and

ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

    SO ADJUDGED this 30th day of August, 2023.

James M. Moody Jr.
United States District Judge

---

[1] Because Mannino is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "C. Edge, Acting Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").